2530.  Howe *v.* Bernheim Distilling Company.

Russell, J. The court did not err in striking the plea, because the action was proceeding ex contractu, and the defendant attempted to set off a matter ex delicto and to obtain a judgment against the plaintiff. The

decision of the case is controlled by the ruling in *Hecht* v. *Snook*, 114 Ga. 921 (41 S. E. 74). *Judgment affirmed.*

DECIDED FEBRUARY 15, 1911.

Complaint; from city court of Americus—Judge Crisp. February 4, 1910. ,

*Shipp & Sheppard*, for plaintiff in error.

*Allen Fort & Son*, contra.